B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

__Northern__ District Of __Georgia__

In re __Richard Brian Perrigo__, Case No. __16-12194-whd__

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| US Bank Trust N.A., as trustee of Bungalow Series F Trust | Federal National Mortgage Association ("Fannie Mae"), by Seterus, Inc. as the authorized subservicer |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

c/o BSI Financial Services
1425 Greenway Drive, Ste 400
Irving, TX 75038

Phone: 972-347-4350
Last Four Digits of Acct #: 8906

Court Claim # (if known): 6-1
Amount of Claim: 77,613.96
Date Claim Filed: 3/6/17

Phone: _____
Last Four Digits of Acct. #: 8906

Name and Address where transferee payments should be sent (if different from above):

c/o BSI Financial Services
PO Box 679002
Dallas, TX 75267-9002

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Michelle R. Ghidotti-Gonsalves         Date: 12-9-17
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



314 S Franklin St / Second Floor
PO Box 517
Titusville PA 16354
888-738-5873
814-217-1366 Fax
www.bsifinancial.com

June 7, 2017

22

Sent via First Class Mail

RICHARD B PERRIGO
335 WESLEY MILL PL
VILLA RICA, GA 30180

New Account Number: REDACTION
Old Account Numbe

## NOTICE OF SERVICING TRANSFER

The servicing of your mortgage loan is being transferred to BSI Financial Services, ("BSI Financial"), effective 6/1/2017. This means that after this date, a new Servicer will be collecting your mortgage loan payments from you. Nothing else about your mortgage loan will change.

Seterus, Inc., your prior servicer, was collecting your payments. Seterus, Inc., will not accept any payments received by you after the day preceding 6/1/2017.

As your new servicer, BSI Financial will start accepting payments received from you on or after 6/1/2017.

BSI Financial will collect your payments going forward. As your new servicer, BSI Financial will start accepting payments received from you on or 6/1/2017.

**Send all payments due on or after 6/1/2017 to BSI Financial at this address:**
BSI Financial Services
PO Box 679002
Dallas, TX 75267

If you have any questions for either your prior servicer, Seterus, Inc., or your new servicer BSI Financial, about your mortgage loan or this transfer, please contact them using the information below:

Licensed as Servis One, Inc. dba BSI Financial Services
BSI Financial Services NMLS # 38078. Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).
If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.
Page **1** of **8**